UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT HARRIS,

        Plaintiff,

v.

Case Number 20-11113
Honorable David M. Lawson
Magistrate Judge Curtis Ivy, Jr.

GEORG LIEBER, DAVID KENNAMER,
RYAN DOBBS, NICOLAS WALLEMAN,
VICTORIA DALLAS, ANDREW SNYDER,
RODOLFO LOPEZ, KARIANN NELSON,
BRIAN ROSS, ROBERT PICKELL,
CHRISTOPHER SWANSON, MONICA
WILSON, GENESEE COUNTY, DANIEL
EDMONSON, GENESEE COUNTY
SHERIFF, and MARK ROSS,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANTS WILSON'S AND ROSS'S MOTIONS TO DISMISS, AND GRANTING DEFENDANT GENESEE COUNTY SHERIFF'S DEPARTMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Presently before the Court is the report issued April 9, 2021 by Magistrate Judge Curtis Ivy, Jr. under 28 U.S.C. § 636(b), recommending that the Court grant defendants Wilson's and Ross's motions to dismiss as well as the Genesee County Sheriff's Department's motion for judgment on the pleadings. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474

U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's report and recommendation (ECF No. 40) is **ADOPTED**.

It is further **ORDERED** defendants Wilson's and Ross's motions to dismiss (ECF Nos. 22, 32) are **GRANTED**.

It is further **ORDERED** that defendant Genesee County Sherriff's Department's motion for judgment on the pleadings (ECF No. 33) is **GRANTED**.

It is further **ORDERED** that complaint is **DISMISSED WITH PREJUDICE** as to defendants Wilson, Ross, and the Genesee County Sheriff's Department, **only**.

It is further **ORDERED** that the referral of the matter to the assigned magistrate judge is **CONTINUED** under the previously issued order of reference (ECF No. 11).

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: May 6, 2021